**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| THOMAS J. GOLLE, SR. | Case No. 14-24126TPA |
| DEBORAH A. GOLLE | |
| Debtor(s) | |
| RONDA J. WINNECOUR, | Chapter 13 |
| Standing Chapter 13 Trustee, | |
| Movant | Document No __ |
| vs. | |
| US BANK NA - TRUSTEE | |
| Respondents | |

## NOTICE OF FUNDS ON RESERVE

    The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been assigned to Select Portfolio Servicing. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.
>
> Trustee has received a letter from Chase stating that the loan has been transferred to Select Portfolio Servicing, but no transfer of claim has been filed.

| | |
|---|---|
| US BANK NA - TRUSTEE | Court claim# 07-2/Trustee CID# 22 |
| C/O JPMORGAN CHASE BANK NA | |
| 3415 VISION DR | |
| MC: OH4-7142 | |
| COLUMBUS, OH 43219 | |

The Movant further certifies that on 03/14/2017 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

DEBTOR(S):
THOMAS J. GOLLE, SR., DEBORAH A. GOLLE, 5216 GERTRUDE STREET, PITTSBURGH, PA  15207

:
CHASE RECORDS CENTER**, ATTN: CORRESPONDENCE MAIL, MAIL CODE LA4-5555, 700 KANSAS LN, MONROE, LA  71203

ORIGINAL CREDITOR:
US BANK NA - TRUSTEE, C/O JPMORGAN CHASE BANK NA, 3415 VISION DR, MC: OH4-7142, COLUMBUS, OH  43219

NEW CREDITOR:
Select Portfolio Servicing
P.O. BOX 65250
Salt Lake City, UT 84165-0250

DEBTOR'S COUNSEL:
SHAWN N WRIGHT ESQ, LAW OFFICE OF SHAWN N WRIGHT, 7240 MCKNIGHT RD, PITTSBURGH, PA  15237

ORIGINAL CREDITOR'S COUNSEL:
ANDREW F GORNALL ESQ, KML LAW GROUP PC, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106