```
                    IN THE UNITED STATES BANKRUPTCY COURT
                  FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                )
Thomas J. Golle and Deborah Golle,    )
          Debtors                     ) Case No.: 14-24126-tpa
                                      ) Chapter 13
Thomas J. Golle and Deborah Golle,    )
          Movants                     )
Vs.                                   ) Hrg:  3/29/2017
Ronda J. Winnecour,                   )
          Respondent                  )
```

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO APPROVE MOTOR VEHICLE LOAN

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on February 26, 2017 has been received.  The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 15, 2017.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

                                                          _/s/Shawn N. Wright
                                                          Shawn N. Wright, Esquire
                                                          Counsel for Debtors
                                                          7240 McKnight Road
                                                          Pittsburgh, PA 15237
                                                          (412) 920-6565;   PA--#64103
                                                          shawn@shawnwrightlaw.com