Case 14-24126-TPA    Doc 117    Filed 03/19/17    Entered 03/20/17 00:53:46    Desc
Imaged Certificate of Notice    Page 1 of 2

FILED
3/17/17 1:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Thomas J. Golle and Deborah A. Golle, | : | Bankruptcy No. 14-24126 |
| Debtors | : | |
| | : | Chapter 13 |
| Thomas J. Golle and Deborah A. Golle, Movants | : | |
| | : | Related to Document No. 112 |
| v. | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondent | : | |

## ORDER OF COURT

And now, this __17th__ day of __March__, 2017, upon Debtors' Motion for Approval of Vehicle Loan, it is hereby ORDERED AND ADJUDGED, that Debtors shall be permitted to obtain an automobile loan for the purchase of a vehicle with monthly payments not to exceed $350.00 per month.

Debtors agree to file an Amended Chapter 13 Plan within fifteen days of closing and to file a Notice of Financing with the Court.

Debtors agree that the said automobile loan shall not be modified during the bankruptcy case, and specifically, not be subject to a Section 506 cram-down action.

_____ vas
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas J. Golle, Sr.  
Deborah A. Golle  
    Debtors

Case No. 14-24126-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Mar 17, 2017  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2017.  
db/jdb        +Thomas J. Golle, Sr.,    Deborah A. Golle,    5216 Gertrude Street,    Pittsburgh, PA 15207-1733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2017 at the address(es) listed below:

            Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mor agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
            Andrew F Gornall    on behalf of Creditor    Chase Home Finance agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
            Andrew F Gornall    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
            James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mor bkgroup@kmllawgroup.com  
            Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com  
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com  
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
            S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
            Shawn N. Wright    on behalf of Joint Debtor Deborah A. Golle shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com  
            Shawn N. Wright    on behalf of Debtor Thomas J. Golle, Sr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com  
                                                                      TOTAL: 11