FILED
10/5/17 1:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Thomas J. Golle and Deborah A. Golle, Debtors | : | Bankruptcy No. 14-24126-tpa |
| | : | Chapter 13 |
| Thomas J. Golle and Deborah A. Golle, Movant s | : | |
| v. | : | Related to Document 112, 122 |
| Ronda J. Winnecour, Chapter 13 Trustee, Respondent | : | |

### ORDER OF COURT

And now, this  5th   day of   October  , 2017, upon Debtors' Motion for Approval of Vehicle Loan, it is hereby ORDERED AND ADJUDGED, that Debtors shall be permitted to obtain an automobile loan for the purchase of a vehicle with monthly payments not to exceed $350.00 per month.

Debtors agree to file an Amended Chapter 13 Plan within fifteen days of closing and to file a Notice of Financing with the Court.

Debtors agree that the said automobile loan shall not be modified during the bankruptcy case, and specifically, not be subject to a Section 506 cram-down action.

_____
UNITED STATES BANKRUPTCY JUDGE
jlm

CONSENTED TO:

/s/Jana Pail
Jana Pail, Esquire; PA#88910
Office of the Chapter 13 Trustee
3250 U.S. Steel Building
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
jpail@chapter13trusteewdpa.com


/s/ Shawn N. Wright
Shawn N. Wright, Esquire; PA#64103
*Counsel for Debtors, Thomas and Deborah Golle*
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas J. Golle, Sr.  
Deborah A. Golle  
     Debtors

Case No. 14-24126-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: Oct 05, 2017  
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2017.  
db/jdb        +Thomas J. Golle, Sr.,   Deborah A. Golle,   5216 Gertrude Street,   Pittsburgh, PA 15207-1733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2017 at the address(es) listed below:

         Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mor agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall    on behalf of Creditor    Chase Home Finance agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         Andrew F Gornall    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank, National Association as Trustee for EMC Mor bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh jhunt@grblaw.com, cnoroski@grblaw.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
         Shawn N. Wright    on behalf of Joint Debtor Deborah A. Golle shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com  
         Shawn N. Wright    on behalf of Debtor Thomas J. Golle, Sr. shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com

                                                                                         TOTAL: 12