IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| THOMAS J. GOLLE, SR. | : | |
| and DEBORAH A. GOLLE, | : | |
|     Debtors | : | Bankruptcy No.  14-24126 |
| | : | |
| THOMAS J. GOLLE, SR. | : | |
| and DEBORAH A. GOLLE, | : | |
|     Movants | : | Chapter 13 |
| vs. | : | |
| | : | |
| No Respondent | : | |

# DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan

2. The Debtors are not required to pay any Domestic Support Obligations

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 14, 2015, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certification About A Financial Management Course* (Form 423), with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned. Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

    December 18, 2019                Attorney for Debtors

    /s/Shawn N. Wright
    Shawn N. Wright, Esquire
    7240 McKnight Road
    Pittsburgh, PA 15237
    (412) 920-6565
    Pa. I.D. No. 64103
    shawn@shawnwrightlaw.com

**PAWB Local Form 24 (07/13)**