**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br>   THOMAS J. GOLLE, SR. <br> DEBORAH A. GOLLE <br>         Debtor(s) <br>   Ronda J. Winnecour, Trustee <br>     Movant <br>       vs. <br>   THOMAS J. GOLLE, SR. <br> DEBORAH A. GOLLE <br><br>      Respondents | Case No.14-24126TPA <br><br> Chapter 13 <br><br><br> Document No. 137 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___18th___ day of __December__, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

          Healthcare Services Group Inc
          Attn: Payroll Manager
          3220 Tillman D
          Suite 300
          Bensalem,PA 19020

is hereby ordered to immediately terminate the attachment of the wages of DEBORAH A. GOLLE, social security number XXX-XX-4641. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DEBORAH A. GOLLE.

BY THE COURT:

_____ vas
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 14-24126-TPA
Thomas J. Golle, Sr.                                                            Chapter 13
Deborah A. Golle
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                    Page 1 of 1              Date Rcvd: Dec 18, 2019
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2019.
db/jdb        +Thomas J. Golle, Sr.,    Deborah A. Golle,    5216 Gertrude Street,    Pittsburgh, PA 15207-1733

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 18, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank, National Association as Trustee for EMC Mor andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    Chase Home Finance andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al
               andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank, National Association as Trustee for EMC Mor bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Shawn N. Wright    on behalf of Joint Debtor Deborah A. Golle shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Plaintiff Thomas J. Golle, Sr. shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Plaintiff Deborah A. Golle shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
              Shawn N. Wright    on behalf of Debtor Thomas J. Golle, Sr. shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                              TOTAL: 14