Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Thomas J. Golle Sr.** | : | Case No. 14−24126−TPA |
| **Deborah A. Golle** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 144 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 4/29/20 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this ***The 28th of February, 2020***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 144 , by the Chapter 13 Trustee

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1) ***On or before April 13, 2020***, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

    (2) This *Motion* is scheduled for hearing on ***April 29, 2020 at 12:00 PM*** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

    (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-24126-TPA
Thomas J. Golle, Sr.                                                Chapter 13
Deborah A. Golle
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: vson              Page 1 of 2              Date Rcvd: Feb 28, 2020
                              Form ID: 300b           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
db/jdb         +Thomas J. Golle, Sr.,    Deborah A. Golle,    5216 Gertrude Street,    Pittsburgh, PA 15207-1733
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13938104       +Allegheny Clinic,    4 Allegheny Center, 10th Floor,    Physician Organization,
                 Pittsburgh, PA 15212-5255
13938106       +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13967496       +City of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13938108        Dr. M. Mostoufizadeh, MD, PC,    PO Box 9078,    Pittsburgh, PA 15224-0078
14113350        ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13938110        Jefferson Regional Medical Center,    PO Box 3475,    Toledo, OH 43607-0475
13938112       +Peoples Natural Gas,    PO Box 86190,    Pittsburgh, PA 15221-0190
13940995        Santander Consumer USA,    P. O. Box 560284,    Dallas, TX 75356-0284
13938115       +State Collections,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14050089       +U.S. Bank National Assoc., et al,    c/o JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7142,    Columbus, OH 43219-6009
14066978       +U.S. Bank National Association, as Trustee, et al.,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14421454       +U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13938116       +Waterfront Surgery Center,    495 E Waterfront Drive,    Suite 110,    Homestead, PA 15120-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bkdepartment@rtresolutions.com Feb 29 2020 03:10:46
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
13938105        E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:11:05      Cavalry Portfolio,
                 4050 East Cotton Center,    Phoenix, AZ 85040
13938107       +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 29 2020 03:11:13      Credit Management,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13987355       +E-mail/Text: kburkley@bernsteinlaw.com Feb 29 2020 03:11:38      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13988214        E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13938109       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25      Greentree,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
13938111       +E-mail/Text: electronicbkydocs@nelnet.net Feb 29 2020 03:10:37      Nelnet,
                 121 South 13th Street,    Lincoln, NE 68508-1922
13938113        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:16:31
                 Portfolio Recovery,    120 Corporate Blvd., Ste. 1,    Norfolk, VA 23502
14083143        E-mail/Text: bnc-quantum@quantum3group.com Feb 29 2020 03:09:51
                 Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
14735742       +E-mail/Text: bkdepartment@rtresolutions.com Feb 29 2020 03:10:46
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Chase Home Finance
cr              City of Pittsburgh
cr              Duquesne Light Company
cr              JPMorgan Chase Bank, NA.
cr              U.S. Bank National Assoc., as Trustee, et al
cr              U.S. Bank National Association, as Trustee, succes
cr              U.S. Bank, National Association, as Trustee for th
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
cr*             Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
13947039      ##+Nelnet on behalf of ASA,    American Student Assistance,    100 Cambridge Street Suite 1600,
                 Boston, MA 02114-2518
13938114      ##+Santander Financial,    8585 North Stemmons Freeway,    Dallas, TX 75247-3822
                                                                                              TOTALS: 7, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2              User: vson                 Page 2 of 2                  Date Rcvd: Feb 28, 2020
                                  Form ID: 300b              Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Chase Home Finance andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al
           andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank, National Association as Trustee for EMC Mor andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank, National Association as Trustee for EMC Mor bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
           EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Shawn N. Wright    on behalf of Joint Debtor Deborah A. Golle shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Plaintiff Thomas J. Golle, Sr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Plaintiff Deborah A. Golle shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Debtor Thomas J. Golle, Sr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                                              TOTAL: 15
```