**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS J. GOLLE, SR.<br>DEBORAH A. GOLLE<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>    Movant<br>      vs.<br>No Respondents. | Case No.:14-24126 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR
AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

February 25, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/10/2014 and confirmed on 11/13/14. The case was subsequently    Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,684.35 |
| Less Refunds to Debtor | 1,389.45 | |
| TOTAL AMOUNT OF PLAN FUND | | 48,294.90 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,000.00 | |
|   Trustee Fee | 2,043.60 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,043.60 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE | 2,962.19 | 2,962.19 | 0.00 | 2,962.19 |
|     Acct: 6096 | | | | |
|   US BANK NA - TRUSTEE | 4,108.42 | 4,108.42 | 0.00 | 4,108.42 |
|     Acct: 6096 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 15,305.99 | 0.00 | 15,305.99 |
|     Acct: 6096 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6096 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH ( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: P227 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH ( | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: P227 | | | | |
|   REAL TIME RESOLUTIONS INC - AGENT | 2,500.00 | 2,500.00 | 189.31 | 2,689.31 |
|     Acct: 8880 | | | | |
|   NCEP LLC | 7,625.00 | 7,625.00 | 816.01 | 8,441.01 |
|     Acct: 6261 | | | | |
| | | | | 33,506.92 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS J. GOLLE, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS J. GOLLE, SR. | 1,389.45 | 1,389.45 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   DUQUESNE LIGHT COMPANY\* | 326.60 | 87.62 | 0.00 | 87.62 |
|     Acct: 0879 | | | | |
|   ALLEGHENY CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |

14-24126 TPA                                                                                                Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: ? | | | | |
|   CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   DR M MOSTOUFIZADEH MD PC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   JEFFERSON REGIONAL MEDICAL SVC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   ECMC(*) | 20,407.62 | 5,475.00 | 0.00 | 5,475.00 |
|   Acct: 4641 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   STATE COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   WATERFRONT SURGERY CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: ? | | | | |
|   NCEP LLC | 2,674.25 | 717.45 | 0.00 | 717.45 |
|   Acct: 6261 | | | | |
|   REAL TIME RESOLUTIONS INC - AGENT I | 5,458.10 | 1,464.31 | 0.00 | 1,464.31 |
|   Acct: 8880 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 11,889.52 | 0.00 | 0.00 | 0.00 |
|   Acct: 7831 | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 7,744.38 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 41,251.30 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 17,195.61 |
| SECURED | 40,756.09 |

Date: 02/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    THOMAS J. GOLLE, SR.
    DEBORAH A. GOLLE
        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:14-24126 TPA

Chapter 13

Document No.:

## ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                              BY THE COURT:

                                              _____
                                              U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 14-24126-TPA
Thomas J. Golle, Sr.                                                Chapter 13
Deborah A. Golle
        Debtors

## CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: vson                 Page 1 of 2                  Date Rcvd: Feb 28, 2020
                               Form ID: pdf900            Total Noticed: 26
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2020.
```
db/jdb         +Thomas J. Golle, Sr.,    Deborah A. Golle,    5216 Gertrude Street,    Pittsburgh, PA 15207-1733
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13938104       +Allegheny Clinic,    4 Allegheny Center, 10th Floor,    Physician Organization,
                 Pittsburgh, PA 15212-5255
13938106       +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13967496       +City of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13938108        Dr. M. Mostoufizadeh, MD, PC,    PO Box 9078,    Pittsburgh, PA 15224-0078
14113350        ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13938110        Jefferson Regional Medical Center,    PO Box 3475,    Toledo, OH 43607-0475
13938112       +Peoples Natural Gas,    PO Box 86190,    Pittsburgh, PA 15221-0190
13940995        Santander Consumer USA,    P. O. Box 560284,    Dallas, TX 75356-0284
13938115       +State Collections,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14050089       +U.S. Bank National Assoc., et al,    c/o JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7142,    Columbus, OH 43219-6009
14066978       +U.S. Bank National Association, as Trustee, et al.,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14421454       +U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13938116       +Waterfront Surgery Center,    495 E Waterfront Drive,    Suite 110,    Homestead, PA 15120-1151
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bkdepartment@rtresolutions.com Feb 29 2020 03:10:46
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
13938105        E-mail/Text: bankruptcy@cavps.com Feb 29 2020 03:11:03     Cavalry Portfolio,
                 4050 East Cotton Center,    Phoenix, AZ 85040
13938107       +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 29 2020 03:11:13      Credit Management,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13987355       +E-mail/Text: kburkley@bernsteinlaw.com Feb 29 2020 03:11:37      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13988214        E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25      Green Tree Servicing LLC,
                 PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13938109       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 29 2020 03:09:25      Greentree,    P.O. Box 6172,
                 Rapid City, SD 57709-6172
13938111       +E-mail/Text: electronicbkydocs@nelnet.net Feb 29 2020 03:10:37      Nelnet,
                 121 South 13th Street,    Lincoln, NE 68508-1922
13938113        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 29 2020 03:16:42
                 Portfolio Recovery,    120 Corporate Blvd., Ste. 1,    Norfolk, VA 23502
14083143        E-mail/Text: bnc-quantum@quantum3group.com Feb 29 2020 03:09:50
                 Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
14735742       +E-mail/Text: bkdepartment@rtresolutions.com Feb 29 2020 03:10:46
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
                                                                                               TOTAL: 10
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chase Home Finance
cr              City of Pittsburgh
cr              Duquesne Light Company
cr              JPMorgan Chase Bank, NA.
cr              U.S. Bank National Assoc., as Trustee, et al
cr              U.S. Bank National Association, as Trustee, succes
cr              U.S. Bank, National Association, as Trustee for th
cr*             ECMC,    P.O. BOX 16408,    ST. PAUL, MN  55116-0408
cr*             Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA  98083-0788
13947039      ##+Nelnet on behalf of ASA,    American Student Assistance,    100 Cambridge Street Suite 1600,
                 Boston, MA 02114-2518
13938114      ##+Santander Financial,    8585 North Stemmons Freeway,    Dallas, TX 75247-3822
                                                                                               TOTALS: 7, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2                  User: vson                    Page 2 of 2                  Date Rcvd: Feb 28, 2020
                                      Form ID: pdf900               Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    Chase Home Finance andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al
               andygornall@latouflawfirm.com
              Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank, National Association as Trustee for EMC Mor andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
               Bank, National Association as Trustee for EMC Mor bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
               EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A
               bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Shawn N. Wright    on behalf of Joint Debtor Deborah A. Golle shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
              Shawn N. Wright    on behalf of Plaintiff Thomas J. Golle, Sr. shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
              Shawn N. Wright    on behalf of Plaintiff Deborah A. Golle shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
              Shawn N. Wright    on behalf of Debtor Thomas J. Golle, Sr. shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                                              TOTAL: 15
```