**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Thomas J. Golle Sr.** | Social Security number or ITIN **xxx–xx–0879** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Deborah A. Golle** | Social Security number or ITIN **xxx–xx–4641** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **14–24126–TPA**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Thomas J. Golle Sr.            Deborah A. Golle

<u>4/14/20</u>                   **By the court:**   <u>Thomas P. Agresti</u>
                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                                  Case No. 14-24126-TPA
Thomas J. Golle, Sr.                                                    Chapter 13
Deborah A. Golle
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin               Page 1 of 2                  Date Rcvd: Apr 14, 2020
                              Form ID: 3180W           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db/jdb         +Thomas J. Golle, Sr.,    Deborah A. Golle,    5216 Gertrude Street,    Pittsburgh, PA 15207-1733
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13938104       +Allegheny Clinic,    4 Allegheny Center, 10th Floor,    Physician Organization,
                 Pittsburgh, PA 15212-5255
13938106       +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13967496       +City of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13938108        Dr. M. Mostoufizadeh, MD, PC,    PO Box 9078,    Pittsburgh, PA 15224-0078
13988214      ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                (address filed with court:    Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
                 Telephone # 888-298-7785)
13938109       +Greentree,   P.O. Box 6172,    Rapid City, SD 57709-6172
13938110        Jefferson Regional Medical Center,    PO Box 3475,    Toledo, OH 43607-0475
13938112       +Peoples Natural Gas,    PO Box 86190,    Pittsburgh, PA 15221-0190
13938115       +State Collections,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14050089       +U.S. Bank National Assoc., et al,    c/o JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7142,   Columbus, OH 43219-6009
14066978       +U.S. Bank National Association, as Trustee, et al.,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,   Monroe, LA 71203-4774
14421454       +U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,   Salt Lake City, UT 84119-3284
13938116       +Waterfront Surgery Center,    495 E Waterfront Drive,    Suite 110,    Homestead, PA 15120-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 15 2020 04:25:43      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
cr             +E-mail/Text: bkdepartment@rtresolutions.com Apr 15 2020 04:26:10
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,   Dallas, TX 75247-4029
13938105        E-mail/Text: bankruptcy@cavps.com Apr 15 2020 04:26:14      Cavalry Portfolio,
                 4050 East Cotton Center,    Phoenix, AZ 85040
13938107       +E-mail/Text: bdsupport@creditmanagementcompany.com Apr 15 2020 04:26:20      Credit Management,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13987355       +E-mail/Text: kburkley@bernsteinlaw.com Apr 15 2020 04:26:31      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14113350        EDI: ECMC.COM Apr 15 2020 08:03:00      ECMC,   PO BOX 16408,   ST. PAUL MN 55116-0408
13938111       +E-mail/Text: electronicbkydocs@nelnet.net Apr 15 2020 04:26:04      Nelnet,
                 121 South 13th Street,    Lincoln, NE 68508-1922
13938113        EDI: PRA.COM Apr 15 2020 08:03:00      Portfolio Recovery,    120 Corporate Blvd., Ste. 1,
                 Norfolk, VA 23502
14083143        EDI: Q3G.COM Apr 15 2020 08:03:00      Quantum3 Group LLC as agent for,    NCEP LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
14735742       +E-mail/Text: bkdepartment@rtresolutions.com Apr 15 2020 04:26:10
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
13940995        EDI: DRIV.COM Apr 15 2020 08:03:00      Santander Consumer USA,    P. O. Box 560284,
                 Dallas, TX 75356-0284
13938114       +EDI: DRIV.COM Apr 15 2020 08:03:00      Santander Financial,    8585 North Stemmons Freeway,
                 Dallas, TX 75247-3822
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chase Home Finance
cr              City of Pittsburgh
cr              Duquesne Light Company
cr              JPMorgan Chase Bank, NA.
cr              U.S. Bank National Assoc., as Trustee, et al
cr              U.S. Bank National Association, as Trustee, succes
cr              U.S. Bank, National Association, as Trustee for th
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*             Quantum3 Group LLC as agent for,    NCEP LLC,   PO Box 788,    Kirkland, WA 98083-0788
13947039      ##+Nelnet on behalf of ASA,    American Student Assistance,    100 Cambridge Street Suite 1600,
                 Boston, MA 02114-2518
                                                                                               TOTALS: 7, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: lfin              Page 2 of 2            Date Rcvd: Apr 14, 2020
                              Form ID: 3180W          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                             Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Chase Home Finance andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al
           andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank, National Association as Trustee for EMC Mor andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank, National Association as Trustee for EMC Mor bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
           EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Shawn N. Wright    on behalf of Joint Debtor Deborah A. Golle shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Plaintiff Thomas J. Golle, Sr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Plaintiff Deborah A. Golle shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Debtor Thomas J. Golle, Sr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                                             TOTAL: 15
```