IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/14/20 11:08 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    THOMAS J. GOLLE, SR.
    DEBORAH A. GOLLE
        Debtor(s)

Ronda J. Winnecour
       Movant
   vs.
No Repondents.

Case No.:14-24126 TPA

Chapter 13

Document No. 144

ORDER OF COURT

  AND NOW, this **14th** day of **April, 2020,** upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT

_____  vas
U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                         Case No. 14-24126-TPA
Thomas J. Golle, Sr.                                           Chapter 13
Deborah A. Golle
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                  Page 1 of 2                  Date Rcvd: Apr 14, 2020
                              Form ID: pdf900             Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2020.
db/jdb         +Thomas J. Golle, Sr.,    Deborah A. Golle,    5216 Gertrude Street,    Pittsburgh, PA 15207-1733
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
cr             +SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13938104       +Allegheny Clinic,    4 Allegheny Center, 10th Floor,    Physician Organization,
                 Pittsburgh, PA 15212-5255
13938106       +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
13967496       +City of Pittsburgh,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13938108        Dr. M. Mostoufizadeh, MD, PC,    PO Box 9078,    Pittsburgh, PA 15224-0078
14113350        ECMC,   PO BOX 16408,    ST. PAUL MN 55116-0408
13988214       ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
                 (address filed with court:   Green Tree Servicing LLC,    PO BOX 6154,    Rapid City, SD 57709-6154,
                 Telephone # 888-298-7785)
13938109       +Greentree,    P.O. Box 6172,    Rapid City, SD 57709-6172
13938110        Jefferson Regional Medical Center,    PO Box 3475,    Toledo, OH 43607-0475
13938112       +Peoples Natural Gas,    PO Box 86190,    Pittsburgh, PA 15221-0190
13940995        Santander Consumer USA,    P. O. Box 560284,    Dallas, TX 75356-0284
13938115       +State Collections,    2509 S. Stoughton Road,    Madison, WI 53716-3314
14050089       +U.S. Bank National Assoc., et al,    c/o JPMorgan Chase Bank, N.A.,    3415 Vision Drive,
                 OH4-7142,    Columbus, OH 43219-6009
14066978       +U.S. Bank National Association, as Trustee, et al.,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
14421454       +U.S. Bank, National Association, as Tru,    Serviced by Select Portfolio Servicing,,
                 3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
13938116       +Waterfront Surgery Center,    495 E Waterfront Drive,    Suite 110,    Homestead, PA 15120-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bkdepartment@rtresolutions.com Apr 15 2020 04:26:10
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,    Dallas, TX 75247-4029
13938105        E-mail/Text: bankruptcy@cavps.com Apr 15 2020 04:26:15     Cavalry Portfolio,
                 4050 East Cotton Center,    Phoenix, AZ 85040
13938107       +E-mail/Text: bdsupport@creditmanagementcompany.com Apr 15 2020 04:26:20     Credit Management,
                 2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13987355       +E-mail/Text: kburkley@bernsteinlaw.com Apr 15 2020 04:26:31     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13938111       +E-mail/Text: electronicbkydocs@nelnet.net Apr 15 2020 04:26:04     Nelnet,
                 121 South 13th Street,    Lincoln, NE 68508-1922
13938113        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 15 2020 04:27:56
                 Portfolio Recovery,    120 Corporate Blvd., Ste. 1,    Norfolk, VA 23502
14083143        E-mail/Text: bnc-quantum@quantum3group.com Apr 15 2020 04:25:36
                 Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
14735742       +E-mail/Text: bkdepartment@rtresolutions.com Apr 15 2020 04:26:10
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
                                                                                             TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chase Home Finance
cr              City of Pittsburgh
cr              Duquesne Light Company
cr              JPMorgan Chase Bank, NA.
cr              U.S. Bank National Assoc., as Trustee, et al
cr              U.S. Bank National Association, as Trustee, succes
cr              U.S. Bank, National Association, as Trustee for th
cr*             ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
cr*             Quantum3 Group LLC as agent for,    NCEP LLC,    PO Box 788,    Kirkland, WA 98083-0788
13947039       ##+Nelnet on behalf of ASA,    American Student Assistance,    100 Cambridge Street Suite 1600,
                 Boston, MA 02114-2518
13938114       ##+Santander Financial,    8585 North Stemmons Freeway,    Dallas, TX 75247-3822
                                                                                             TOTALS: 7, * 2, ## 2

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: lfin               Page 2 of 2              Date Rcvd: Apr 14, 2020
                              Form ID: pdf900          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Chase Home Finance andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al
           andygornall@latouflawfirm.com
          Andrew F Gornall    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank, National Association as Trustee for EMC Mor andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle
           Bank, National Association as Trustee for EMC Mor bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank, National Association, as Trustee for the
           EMC Mortgage Loan Trust 2001-A Mortgage Pass-through Certificates Series 2001-A
           bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    U.S. Bank National Assoc., as Trustee, et al
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Shawn N. Wright    on behalf of Joint Debtor Deborah A. Golle shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Plaintiff Thomas J. Golle, Sr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Plaintiff Deborah A. Golle shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
          Shawn N. Wright    on behalf of Debtor Thomas J. Golle, Sr. shawn@shawnwrightlaw.com,
           wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                                             TOTAL: 15
```